# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARLENE LAURETTA, ) Case No. 2:17-cv-01705-MMD-GWF
)
      Plaintiff, )
)
vs. ) **ORDER**
)
ADDUS HEALTHCARE (NEVADA), INC., )
)
      Defendant. )

This matter is before the Court on Defendant's Request for Referral to Early Neutral Evaluation Session (ECF No. 15), filed on September 1, 2017.

Defendant requests that this case be referred to the Early Neutral Evaluation program. However, Plaintiff's claims assert violations of the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* These claims do not fall within the scope of the Court's Early Neutral Evaluation program. *See* Local Rule 16-6(a). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Referral to Early Neutral Evaluation Session (ECF No. 15) is **denied**.

DATED this 5th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge