Deverie J. Christensen, Bar #6596
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
christensend@jacksonlewis.com
*Attorneys for Defendant*
*Addus Healthcare (Nevada), Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE LAURETTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADDUS HEALTHCARE (NEVADA), INC., a foreign corporation, Does I-X and Roes I-X,<br><br>Defendants. | Case No. 2:17-cv-01705-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 23 day of March, 2018.

NELSON LAW

_____
Sharon L. Nelson, Bar #6433
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
*Attorney for Plaintiff*
*Marlene Lauretta*

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Bar #6596
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorney for Defendant*
*Addus Healthcare (Nevada), Inc.*

**IT IS SO ORDERED.**

Dated this 26th day of March, 2018.

_____
~~MAGISTRATE~~/JUDGE

4851-4406-7423, v. 1